1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
       Telephone: (909) 796-4560
4      Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net

6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 THOMAS CONTRAFATTO,                )    No.  EDCV 08-1794 SS
11                                    )
12         Plaintiff,                 )    [PROPOSED] ORDER AWARDING
           v.                         )    EAJA FEES
13                                    )
14 MICHAEL J. ASTRUE,                 )
   Commissioner Of Social Security,   )
15                                    )
16         Defendant.                 )
17 _____)

18         Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19         IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
20 awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount
21 of THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28
22 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.
23         DATED: 2/16/10         Suzanne H. Segal
24
25                               HON. SUZANNE H. SEGAL
                                 UNITED STATES MAGISTRATE JUDGE
26
27
28

                                    -1-